**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dennis Doonan,

Plaintiff,

vs.

eGain Communications Corporation,
a Delaware corporation,

Defendant.

Civil No. 00-CV-2485 RHK/JMM

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED by Plaintiff, Dennis Doonan, and Defendant, eGain Communications Corporation, ("eGain"), through their respective counsel, that Defendant may be granted an extension of time through January 5, 2001 in which to answer or otherwise respond to the Complaint.

Dated: 12-1-00

**KAMPMEYER, KRONSCHNABEL & BADER**

By: ______________________

Michael M. Bader (#120583)
Michelle D. Christiansen (#23476X)
Suite 1500
386 North Wabasha Street
St. Paul, MN 55102-1317

**ATTORNEYS FOR PLAINTIFF**

DEC 06 2000

1233930.1

**BRIGGS AND MORGAN**

Dated: 11/30/2000

By: R. Scott Davies

R. Scott Davies (#21337)
2400 IDS Center
80 South Eighth St.
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED.**

Dated: 12/5/00

U. S. District Court Magistrate Judge